# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Myron Gregory Jessie,

        Plaintiff,        Case No. 21-cv-11201

v.        Judith E. Levy
        United States District Judge

Patrice Phaneuf, *et al.*,

        Mag. Judge David R. Grand

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [88]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 88) recommending the Court grant the motion for summary judgment filed by Defendants Patrice Phaneuf, Emily Nguyen, Jay Saph, and Aurelia Wolosion. (ECF No. 79.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 88) is ADOPTED;

Defendants' motion for summary judgment (ECF No. 79) is GRANTED; and

This case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 14, 2023      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                           United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 14, 2023.

                                                  s/William Barkholz
                                                  WILLIAM BARKHOLZ
                                                  Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).